# MITCHELL LAW

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 TEL
(512) 686-3941 FAX
jonathan@mitchell.law

June 22, 2023

Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, Louisiana 70130-3408

**Re:** *Braidwood Management Inc. v. EEOC*, No. 22-10145

Dear Mr. Cayce:

The plaintiffs-appellees respectfully advise the Court of the Fifth Circuit's recent decision in *Braidwood Management Inc. v. EEOC*, No. 22-10145. *See* Fed. R. App. P. 28(j).

The Court held that Christian employers had Article III standing to sue the EEOC over its guidance documents interpreting *Bostock v. Clayton County*, 140 S. Ct. 1731 (2020). It also held that the plaintiffs' pre-enforcement claims were ripe. The Court allowed the plaintiffs to sue even though the EEOC had not yet initiated or threatened enforcement action against those specific plaintiffs, and it held that the "*in terrorem* effects" of the EEOC's regulatory guidance, along with a credible threat of prosecution, were sufficient to confer standing and ripeness. The relevant discussion appears on pages 10–25 of the slip opinion.

We have attached a copy of *Braidwood* to this letter.

        Respectfully submitted.

        /s/ Jonathan F. Mitchell
        Jonathan F. Mitchell
        Mitchell Law PLLC
        111 Congress Avenue, Suite 400
        Austin, Texas 78701
        (512) 686-3940 (phone)
        (512) 686-3941 (fax)
        jonathan@mitchell.law

cc: All counsel (via CM/ECF)     *Counsel for Plaintiffs-Appellees*