FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Friday, May 2, 2025

Mr. Ross Reyes
Littler Mendelson, P.C.
2001 Ross Avenue
Suite 1500
Dallas, TX 75201-2931
\* DELIVERED VIA E-MAIL \*

Mr. Hartson Fillmore IV
Fillmore Law Firm, L.L.P.
201 Main Street
Fort Worth, TX 76102
\* DELIVERED VIA E-MAIL \*

Mr. Charles W. Fillmore
The Fillmore Law Firm, L.L.P.
201 Main Street
Suite 801
Fort Worth, TX 76102
\* DELIVERED VIA E-MAIL \*

Mr. Douglas S. Lang
Thompson Coburn, L.L.P.
2100 Ross Avenue
Suite 3200
Dallas, TX 75201
\* DELIVERED VIA E-MAIL \*

Mr. Roland K. Johnson
Harris Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102
\* DELIVERED VIA E-MAIL \*

Mr. David R. Schleicher
Schleicher Law Firm, P.L.L.C.
510 Austin Avenue
Suite 110
Waco, TX 76701-2107
\* DELIVERED VIA E-MAIL \*

Mr. Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701
\* DELIVERED VIA E-MAIL \*

RE:   Case Number:  25-0288
      Court of Appeals Number:  U.S. Fifth Circuit 20-11216
      Trial Court Number:

Style:  BRIAN KEITH UMPHRESS
        v.
        DAVID C. HALL, IN HIS OFFICIAL CAPACITY AS CHAIR OF THE STATE
        COMMISSION ON JUDICIAL CONDUCT; JANIS HOLT, IN HER OFFICIAL
        CAPACITY AS SECRETARY OF THE STATE COMMISSION ON JUDICIAL
        CONDUCT; DAVID M. PATRONELLA, DARRICK L. MCGILL, SUJEETH B.
        DRAKSHARAM, RONALD BUNCH, VALERIE ERTZ, FREDERICK C. TATE, M.
        PATRICK MAGUIRE, DAVID SCHENCK, STEVE FISCHER, AND CLIFTON
        ROBERSON, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE STATE
        COMMISSION ON JUDICIAL CONDUCT,



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Dear Counsel:

Pursuant to TEX. R. APP. P. 55.1, the Court requests the parties to file briefs on the merits in the above-styled case. The briefs should address whether any party's position on the certified question has changed in a way that could affect the continued justiciability of the case. Please refer to TEX. R. APP. P. 55 for the requirements of appellants' and appellees' briefs. The briefing schedule is outlined below. *See* TEX. R. APP. P. 55.7. All briefs are due to be filed in this office on or before the following due dates:

Appellant shall file their brief on **Monday, June 2, 2025**.

Appellee shall file their response brief on **Monday, June 23, 2025**.

Appellant shall file any reply brief on **Tuesday, July 8, 2025**.

**PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Mr. Lyle Cayce (DELIVERED VIA E-MAIL)