# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 24, 2026
Lyle W. Cayce
Clerk

No. 20-11216

Brian Keith Umphress,

        *Plaintiff—Appellant*,

versus

David C. Hall, *in his official capacity as Chair of the State Commission on Judicial Conduct*; Janis Holt, *in her official capacity as Secretary of the State Commission on Judicial Conduct*; David M. Patronella, Darrick L. McGill, Sujeeth B. Draksharam, Ronald Bunch, Valerie Ertz, Frederick C. Tate, M. Patrick Maguire, David Schenck, Steve Fischer, and Clifton Roberson, *in their official capacities as Members of the State Commission on Judicial Conduct*,

        *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-253

_____

## JUDGMENT

Before Smith, Richman, and Graves, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. We place no limitation on the matters that the district court can address on remand, and we give no indication of what decisions it should announce.

IT IS FURTHER ORDERED that appellees pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.